**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**

DAVID S. BINDER, ESQ., SBN 209876
e-mail: Dbinder@Tharpe-Howell.com
SIGALIT SHOGHI, ESQ., SBN: 264042
e-mail: SShoghi@Tharpe-Howell.com

Attorneys for Defendants, FFE TRANSPORTATION SERVICES, INC. and CONWELL PERSONNEL SOLUTIONS, LLC erroneously sued and served as "CONWELL, LLC, A SUBSIDIARY OF FFE TRANSPORATION SERVICES, INC."

********* NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHARLES WATSON,<br><br>               Plaintiff(s),<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC., CONWELL, LLC, A SUBSIDIARY OF FFE TRANSPORTRATION SERVICES, INC.; and DOES 1 through 100, Inclusive,<br><br>               Defendant(s). | Case No. EDCV13-02341-RGK (CWx)<br>*Assigned to Hon. R. Gary Klausner*<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the provisions of the concurrently filed stipulation between the parties regarding the use and protection of confidential material (the "Stipulated Protective Order") *as modified by the Court,* shall be entered as the Order of the Court and be binding upon the parties.

Dated: May 8, 2014

*Carla M. Woehrle*
_____
HONORABLE CARLA M. WOEHRLE
MAGISTRATE JUDGE OF THE UNITED
 STATES  DISTRICT COURT

- 1 -
[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER